# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jusamuel Rodriquez McCreary,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                             3:12cv307

USA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 3, 2012 Order.

                                           Signed: July 3, 2012

                                           Frank G. Johns, Clerk
                                           United States District Court