# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jusamuel Rodriquez McCreary,

       Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                     3:12cv307

USA,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 3, 2012 Order.

                                          Signed: July 3, 2012

                                          *Frank G. Johns* (signature)

                                          Frank G. Johns, Clerk
                                          United States District Court